IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01438-RPM-CBS

SHELLI STONE and
BRUCE STONE, individually and as Representatives of the Estate of
DEVIN STONE, Deceased,

       Plaintiffs,

v.

WILLIAM R. DEADLE, M.D., and
NUTRIMEDICAL, INC., d/b/a DR. WILLIAM R. DEADLE, M.D..

       Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

       THIS MATTER comes before the court on Defendants' Motion to Vacate Scheduling and Planning Conference (filed April 4, 2006; *doc. no. 39*). For good cause shown, it is hereby

       **ORDERED** that the instant motion is **GRANTED**. The scheduling conference set for April 21, 2006, is **VACATED** and **RESET** to **May 16, 2006, at 1:30 p.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. Parties are directed to submit their respective confidential settlement memorandum and a joint proposed scheduling order on or before **May 9, 2006**. It is further

       **ORDERED** that counsel for the parties in this case must hold a pre-scheduling conference meeting and prepare a proposed Scheduling Order in accordance with FED.R.CIV.P. 26(f), as amended, D.C.COLO.LCivR 26.1, and App. F on or before **April 19, 2006**. It is further

       **ORDERED** that on or before **April 21, 2006**, parties must comply with the mandatory disclosure requirements of FED.R.CIV.P. 26(a)(1), as amended. It is further

       **ORDERED** that consistent with FED.R.CIV.P. 26(d) parties may begin formal discovery after conducting the FED.R.CIV.P. 26(f) conference.

**DATED:** April 11, 2006