IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01438-RPM-CBS

SHELLI STONE and
BRUCE STONE, individually and as Representatives of the Estate of
DEVIN STONE, Deceased,

      Plaintiffs,

v.

WILLIAM R. DEADLE, M.D., and
NUTRIMEDICAL, INC., d/b/a DR. WILLIAM R. DEADLE, M.D..

      Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Defendants Motion to Vacate Scheduling Order and Scheduling Conference (*doc. no. 45*) is **DENIED**.  The scheduling conference will go forward on May 16, 2006.

      IT IS FURTHER ORDERED that parties are to submit a <u>joint</u> proposed scheduling order consistent with the Local Rules of Practice for the District of Colorado (D.C.COLOL.CIVR. ) no later than **5:00 p.m. (Mountain Time) on May 12, 2006**.  Parties are directed to review District of Colorado ECF Procedure V.L for instructions on submission of a proposed order.

**DATED:**    May 10, 2006