IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-CV-01438-RPM-CBS

SHELLI STONE and
BRUCE STONE, individually and
SHELLI STONE, as Representative of the Estate of
DEVIN STONE, Deceased,

      Plaintiff,

v.

WILLIAM R. DEADLE, M.D., and
NUTRIMEDICAL, INC., d/b/a DR. WILLIAM R. DEAGLE, M.D..

      Defendants.

---

## ORDER ON MOTIONS

---

      This civil action was filed on July 29, 2005, based on diversity jurisdiction.  On November 21, 2005, the defendants moved to dismiss for lack of complete diversity, noting that the corporate defendant Nutrimedical, Inc., d/b/a Dr. William R. Deagle, M.D., is a Colorado citizenas are the plaintiffs.  The plaintiffs responded with a motion to dismiss Nutrimedical, Inc., pursuant to Fed. R. Civ. P. 21 and the defendants do not oppose that dismissal, excepting that it is urged that the dismissal be with prejudice. The defendants also filed a motion for judgment on the pleadings with respect to the third claim for relief, which is a claim against the corporate defendant under the doctrine of *Respondeat Superior.*  The basis for that motion is that the doctrine is not applicable to a corporate employer of a physician.  The plaintiff responded with a consent to dismissal of the third claim for relief with prejudice.  Accordingly, there is no

claim for relief against Nutrimedical, Inc., in this case and, therefore, the dispute regarding whether the voluntary dismissal of it should be with or without prejudice is moot.

The defendants also filed a motion for summary judgment on the second claim for relief on January 26, 2006, with respect to damages under Colorado's survival statute and objecting to the standing of Bruce Stone to act on behalf of the estate of Devin Stone, deceased. The plaintiffs have responded. The caption of the case is altered, as shown in this order, because it is conceded that Bruce Stone has no standing on the survival claim because Shelli Stone is the personal representative of the estate. With respect to the issues raised concerning damages, that will be a matter for trial. It is now

ORDERED that this civil action is dismissed as to the defendant Nutrimedical, Inc., d/b/a Dr. William R. Deagle, M.D., with prejudice, and it is

FURTHER ORDERED that the defendants' motion to dismiss for lack of jurisdiction is denied and it is

FURTHER ORDERED that the motion for summary judgment on the second claim for relief is denied and it is

FURTHER ORDERED that the plaintiffs' motion under Rule 21 is moot.

Dated: June 22nd, 2006

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge