IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01438-RPM-CBS

SHELLI STONE and
BRUCE STONE, individually and as Representatives of the Estate of
DEVIN STONE, Deceased,

      Plaintiffs,

v.

WILLIAM R. DEADLE, M.D.,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Defendant Deagle, M.D.'s Motion to Change the Caption of the Case (*doc. no. 72)* is **GRANTED**.

**DATED:**      November 9, 2006