**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 05-cv-01438-RPM-CBS** | **FTR**-Reporter Deck Courtroom A402 |
| **Date:  December 13, 2006** | **Courtroom Deputy:** Ben Van Dyke |

SHELLI STONE, and
BRUCE STONE, individually and as Representatives
of the Estate of DEVIN STONE, Deceased,

James M. Leventhal
Sommer D. Stephens

    **Plaintiffs,**

v.

WILLIAM R. DEAGLE, M.D.,

Paul D. Cooper

    **Defendant.**

---

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTIONS HEARING**
**Court in Session:      3:45 p.m.**
Court calls case.  Appearances of counsel.

Counsel provide arguments regarding the motions pending before the Court (documents 85 and 70).

**ORDERED:** Plaintiffs' Motion to Reconsider Magistrate Judge's Order Entered on November 14, 2006 Regarding Plaintiffs' First Motion for Extension of Time to Designate Experts Witnesses and Motion to Compel Deposition of Defendant Deagle and Motion for Additional Time to File Objections to Magistrate's November 14, 2006 Order Pending Resolution of Plaintiffs' Motion to Reconsider and Request for Hearing [filed November 30, 2006; doc. 85] is denied for the reasons stated on the record.

**ORDERED:** Defendant William R. Deagle, M.D.'s Motion to Strike Plaintiffs' Preliminary F.R.C.P. 26(a)(2) Expert Witness Disclosures [filed October 31, 2006; doc. 70] is denied for the reasons stated on the record.

**ORDERED:** Defendant's expert witness disclosures are due by March 2, 2007, and Dr. Daniel Bennett, M.D. shall be made available for deposition prior to the deadline.

**ORDERED:   Rebuttal expert designations are due by May 15, 2007.**

**ORDERED:   Plaintiffs' counsel shall pay defendant's counsel his reasonable fees and costs in filing the motion to strike (doc. 70).**

HEARING CONCLUDED.
**Court in Recess**:        **4:35 p.m.**
Total   In-Court Time:      00:50