## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.: 05-cv-01438-RPM-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  April 6, 2007** | **Courtroom Deputy:** Ben Van Dyke |

SHELLI STONE, and                                                       James M. Leventhal
BRUCE STONE, individually and as Representatives
of the Estate of DEVIN STONE, Deceased,

    **Plaintiffs,**

    v.

WILLIAM R. DEAGLE, M.D.,                                          Deanne Potestio

    **Defendant.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTIONS HEARING**
**Court in Session:       3:31 p.m.**
Court calls case.  Appearances of counsel.

Counsel present arguments regarding Defendant's Motion to Compel Discovery [filed March 20, 2007; doc. 102].

**ORDERED:   Defendant's Motion to Compel Discovery [filed March 20, 2007; doc. 102] is denied for the reasons stated on the record.**

HEARING CONCLUDED.

**Court in Recess**:       **3:48 p.m.**
Total In-Court Time:       00:17