**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Craig B. Shaffer**

Civil Action No.: **05-cv-01438-RPM-CBS**          **FTR** - Reporter Deck - Courtroom A402
**Date: May 11, 2007**                              **Courtroom Deputy:** Ben Van Dyke

SHELLI STONE, and                                  James M. Leventhal
BRUCE STONE, individually and as Representatives    James Puga
of the Estate of DEVIN STONE, Deceased,

     **Plaintiffs,**

     v.

WILLIAM R. DEAGLE, M.D.,                            Paul D. Cooper
                                                   Deanne Potestio
     **Defendant.**

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING:   MOTIONS HEARING**
**Court in Session:       8:24 a.m.**
Court calls case.  Appearances of counsel.

Counsel present arguments regarding Plaintiffs' Motion to Compel Discovery [filed April 9, 2007; doc. 108].

**ORDERED:   Plaintiffs' Motion to Compel Discovery [filed April 9, 2007; doc. 108] is granted in part and denied in part for the reasons stated on the record.  Dr. Deagle shall produce all documents requested in the Second Amended Notice of Deposition within two (2) weeks.  Dr. Deagle's deposition may be reopened for two (2) hours, and the reopened deposition shall take place at the United States District Court for the District of Colorado.  Dr. Deagle shall pay his own costs for attending the deposition.  Defendant's counsel shall pay plaintiffs' counsel his reasonable attorneys fees and costs in preparing and arguing the Motion to Compel.  Counsel shall confer regarding the payment of costs and fees, and plaintiffs' counsel shall file a bill of costs within ten (10) days if an agreement on payment cannot be reached.  All further relief sought in the motion is denied.**

Counsel present arguments regarding Defendant's Motion for Sanctions [filed April 19, 2007; doc. 112].

**ORDERED:** **Defendant's Motion for Sanctions [filed April 19, 2007; doc. 112] is denied for the reasons stated on the record.**

**ORDERED:** **All further depositions in this case shall be taken at the United States District Court for the District of Colorado.  Counsel shall contact Magistrate Judge Shaffer's staff at (303) 844-2117 to schedule the depositions.**

Counsel discuss Defendant's Motion for Protective Order [filed May 4, 2007; doc. 121] with the Court.

**ORDERED:** **Defendant's oral motion to withdraw Defendant's Motion for Protective Order [filed May 4, 2007; doc. 121] is granted for the reasons stated on the record.  The motion is hereby withdrawn consistent with the representations and agreements made by counsel on the record.**

HEARING CONCLUDED.

**Court in Recess:      11:11 a.m.**
Total In-Court Time:     02:47