IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-CV-1438-RPM-CBS

SHELLI STONE and BRUCE STONE, Individually and As Representatives of the Estate of DEVIN STONE, Deceased,

      Plaintiff,

vs.

WILLIAM R. DEAGLE, M.D.

      Defendant.

---

### STIPULATED PROTECTIVE ORDER RE: CONFIDENTIALITY OF CONFIDENTIAL OR OTHERWISE OBJECTIONABLE INFORMATION RELATING TO DEPONENT JOSETTA MOORE

---

      IT IS ORDERED that the following provisions shall apply to all discovery conducted in this action, including discovery directed at nonparties:

      1.    Deponent Josetta Moore has claimed confidential treatment for information disclosed by her in connection with this action and relating to the following subject matter ("confidential or otherwise objectionable information"):

      (a) Ms. Moore's place of employment;

      (b) Plaintiff will not provide the deposition transcript to any third party except as provided herein; and

      (c) Plaintiff further agrees that Plaintiff will not contact Ms. Moore at her place of employment.

      The Court finds that the above-mentioned classes of information constitute information with respect to which there is a privacy interest.



EXHIBIT A

The Court further finds that unless disclosure of such confidential information is limited as provided, actual injury may be suffered, including, but not limited to a loss of privacy.

This Order does not limit the rights of any parties to assert claims of privilege and confidentiality during these proceedings.

2. Confidential information shall be designated, in the case of depositions, by a statement on the record to the effect that the testimony given or about to be given contains reference to confidential or otherwise objectionable information, whereupon the officer transcribing the proceedings shall be instructed to stamp or write on the cover of the transcript the phrase "Contains Confidential or Otherwise Objectionable Information."

3. Confidential or otherwise objectionable information relating to Josetta Moore shall be used only for the purpose of conducting this litigation and not for any other purpose. Disclosure for the purpose of conducting this litigation may be made only as follows:

    (a) to the named parties to the action;

    (b) to counsel of record and their employees;

    (c) to persons required by counsel of record to assist in conducting this litigation, including but not limited to retained expert witnesses; and

    (d) to the Court.

4. All parties and their counsel of record shall not otherwise cause or permit, absent Order of this Court, the voluntary disclosure of confidential or otherwise

objectionable information in violation of this Order and shall exercise good faith and reasonable care to avoid unnecessary disclosure of such information.

5.   This Protective Order shall not apply to confidential or otherwise objectionable information that Josetta Moore has disclosed without limitation in circumstances unrelated to this litigation.

6.   Within ten (10) days of final adjudication of this action, all confidential or otherwise objectionable information and all copies of such information shall be destroyed.

DATED at Denver, Colorado, this 17th day of May, 2007.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge