IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-01438-RPM-CBS

SHELLI STONE and
BRUCE STONE, individually and as Representatives of the Estate of
DEVIN STONE, Deceased,

      Plaintiffs,

v.

WILLIAM R. DEAGLE, M.D.,

      Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER

      IT IS HEREBY ORDERED that Plaintiffs' Motion for Videotaped Depositions of William Deagle, M.D. and Michael Doberson, M.D. (*doc. no. 148)* is **GRANTED**. Attached to this motion is an "Authorization for Video Deposition" permitting counsel to bring audiovisual recording equipment into the courthouse.

**DATED:**      June 14, 2007