IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01438-RPM-CBS

SHELLI STONE and
BRUCE STONE, individually and
SHELLI STONE, as Representative of the Estate of
DEVIN STONE, Deceased,

    Plaintiff,

v.

WILLIAM R. DEAGLE, M.D.,

    Defendant.

_____

ORDER SETTING PRETRIAL CONFERENCE
_____

The Court having determined that this case is now ready to be set for a pretrial conference, it is

ORDERED that a pretrial conference is scheduled for **August 28, 2007, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**.

The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **August 23, 2007.**

DATED: July 18th  2007

                                          BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch
                                        Senior District Judge