IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01438-RPM-CBS

SHELLI STONE and
BRUCE STONE, individually and as Representatives of the Estate of
DEVIN STONE, Deceased,

     Plaintiff,

v.

WILLIAM R. DEAGLE, M.D.,

     Defendant.

---

ORDER SETTING TRIAL DATE

---

     Pursuant to the pretrial conference convened on August 28, 2007, it is

     ORDERED that this matter is set for trial to jury on **June 2, 2008, at 9:00 a.m., with counsel to be present at 8:30 a.m. on the first morning of trial,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**.

     Dated: August 31st, 2007

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge