IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-01438-RPM-CBS

SHELLI STONE and
BRUCE STONE, individually and as Representatives of the Estate of
DEVIN STONE, Deceased,

    Plaintiff,

v.

WILLIAM R. DEAGLE, M.D.,

    Defendant.

---

ORDER DENYING DEFENDANT'S MOTION FOR STAY OF ORDER REGARDING PLAINTIFFS' BILL OF COSTS

---

On November 26, 2007, the defendant filed a motion for stay of the order entered by Magistrate Judge Craig B. Shaffer on November 19, 2007, on plaintiffs' Bill of Costs. The time for filing an objection to the Magistrate Judge's order under Fed.R.Civ.P. 72 has expired and no objection was filed. Accordingly, it is

ORDERED that the motion for stay is denied.

Dated: December 6th, 2007

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge