IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-01438-RPM-CBS

SHELLI STONE and
BRUCE STONE, individually and
SHELLI STONE, as Representatives of the Estate of
DEVIN STONE, Deceased,

      Plaintiffs,

v.

WILLIAM R. DEAGLE, M.D.,

      Defendant.

## ORDER ON MOTIONS

Upon review of the pending motions, it is now

ORDERED AS FOLLOWS:

1. Defendant William Deagle, M.D.'s Motion *in Limine* to Preclude Mention of or Evidence Relating to Debra Darnell [Doc. 168] is granted.

2. Defendant William Deagle, M.D.'s Motion *in Limine* to Preclude Mention of or Evidence Relating to Dr. Deagle's Dealings with the Colorado Medical Board [Doc, 169] is granted with the possible exception of the Stipulation for Interim Agreement of Practice.

3. Plaintiffs' Motion *in Limine* to Preclude Evidence or Argument Pertaining to Courtney Stone's Death or the Circumstances Surrounding His Death [Doc. 172] is denied.

4. Plaintiffs' Motion for Extension of Time to File *Daubert* Motion to Strike Defense Experts, Ellen Price, D.O., Jeffrey L. Anker, M.D., Ken Kulig, M.D., and Richard C. Olshock, M.D. [Doc. 171] is granted.

5. Amended Plaintiffs' *Daubert* Motion to Strike Defense Experts Ellen Price, D.O., Jeffrey L. Anker, M.D., Ken Kulig, M.D., and Richard C. Olshock, M.D. [Doc. 176] will be scheduled for hearing.

6. Defendant William Deagle, M.D.'s Motion *in Limine* to Preclude Mention of or Evidence Relating to Dr. Deagle's Religious Beliefs, Dreams, Visions or Prophesies [Doc. 170] will be scheduled for hearing.

Dated: April 21st, 2008

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge