IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date: May 5, 2008
Courtroom Deputy: J. Chris Smith
FTR Technician: Kathy Terasaki

_____

Action No. 05-cv-01438-RPM

SHELLI STONE and                                                              James M. Leventhal
BRUCE STONE, individually and as Representative of the      Molly L. Greenblatt
ESTATE OF DEVIN STONE, deceased,

     Plaintiffs,

v.

WILLIAM R. DEAGLE, M.D.,                                                  Paul D. Cooper
                                                                                   Wendy J. Lewis

     Defendant.

_____

## COURTROOM MINUTES
_____

**Motions Hearing**

**9:59 a.m.    Court in session.**

Court's preliminary remarks.

10:02 a.m.    Argument by Mr. Leventhal.

**ORDERED:**   Amended Plaintiffs' Daubert Motion to Strike Defense Experts Ellen Price, D.O., Jeffrey L. Anker, M.D., Klen Kulig, M.D. and Richard C. Olshock, M.D., filed March 21, 2008 [176], is denied.

10:08 a.m.    Argument by Mr. Cooper.

**ORDERED:**   Defendant William Deagle, M.D.'s Motion in Limine to Preclude Mention of Evidence Relating to Dr. Deagle's Religious Beliefs, Dreams, Visions or Prophecies, filed March 17, 2008 [170], is denied.

Mr. Leventhal states plaintiffs intend to call Mr. Deagle in their case.
**Court states Plaintiffs' direct examination regarding Dr. Deagle's view in their case will be restricted until cross examination in defendant's case.**

**ORDERED:**   Proposed jury instructions and voir dire to be submitted directly to chambers in paper format by 4:00 p.m. May 27, 2008.

**10: 19 a.m.    Court in recess.**   Hearing concluded.  Total time: 20 min.