IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01438-RPM-CBS

SHELLI STONE and
BRUCE STONE, individually and
SHELLI STONE, as Representatives of the Estate of
DEVIN STONE, Deceased,

        Plaintiffs,

v.

WILLIAM R. DEAGLE, M.D.,

        Defendant.

---

## ORDER OF DISMISSAL

---

        Pursuant to the Stipulation for Dismissal with Prejudice [200], filed on July 2,

2008, it is

        ORDERED that this action is dismissed with prejudice, each party to pay their

own costs.

        Dated: July 3rd, 2008

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior District Judge